```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
A.M.T.,                                                       :
                                   Plaintiff,                 :
                                                              :    21 Civ. 1724 (LGS)
              -against-                                       :
                                                              :         ORDER
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION, et al.,                                            :
                                   Defendant.                 :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 26, 2021, Plaintiff filed the Complaint, seeking fees pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415(i)(3), and the Rehabilitation Act of 1973, 29 U.S.C. § 794. Dkt. No. 1.

WHEREAS, on May 24, 2021, Defendant filed an Answer. Dkt. No. 14. It is hereby

**ORDERED** that, by **June 1, 2021**, the parties shall file a joint letter proposing a briefing schedule for any motions for summary judgment, of if appropriate, other next steps in the case.

Dated: May 25, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**