USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2021

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7442**

WRITER'S EMAIL ADDRESS
katecassidy@quinnemanuel.com

September 24, 2021

**CONFIDENTIAL**
**VIA E-MAIL**
**LEHRBURGER_NYSDCHAMBERS@NYSD.USCOURTS.GOV**

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   21 cv 1724 A.M.T. v. NYCDOE, et al. (LGS)(RWL)
      Settlement Conference

Dear Judge Lehrburger:

Quinn Emanuel Urquhart & Sullivan ("QE") and Advocates for Children ("AFC") represent Plaintiff in the above-captioned case. We write jointly on behalf of Plaintiffs and Defendants to notify the Court that the parties have reached an agreement in principle to settle the case. We therefore ask the Court to adjourn the settlement conference, currently scheduled for September 27, 2021 until October 27, 2021 so the parties can complete the necessary paperwork. If the settlement is not finalized by that date, the parties will file a joint status letter instead.

We thank the Court for its assistance in this matter.

Very truly yours,

*Kate E. Cassidy*

Kate E. Cassidy

SO ORDERED:

_____
9/25/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH